# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:13 cr 15-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JERRY FRANCIS PARKER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Discovery (#66) filed by counsel for Defendant. At the call of this matter, it appeared that counsel for Defendant, Russell L. McLean, III, was present and Assistant United States Attorney Richard Edwards was present on behalf of the Government. After hearing a portion of the motion, Mr. McLean advised the Court that he wished to withdraw the Motion for Discovery without prejudice. The Government had no objection.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Discovery (#66) is hereby considered to be **WITHDRAWN** and rendered **MOOT** without prejudice.

Signed: November 26, 2013

Dennis L. Howell
United States Magistrate Judge

1