IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 cr 15-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JERRY FRANCIS PARKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Modify Bond Conditions (#140) filed by counsel for Defendant. The motion does not contain a certification that defense counsel has conferred with opposing counsel and state opposing counsel's position on the relief sought, and the motion does not provide an estimate of the length of any hearing that might be held in this matter. LCrR 47.1(B) reads as follows:

**MOTIONS PRACTICE IN CRIMINAL CASES**

**(B) Certificate of Conference With Filing.**

Pretrial motions, other than motions to suppress, *ex parte* motions, and notices (notice of substitution of counsel, notice of appearance, notice of intent to present certain types of evidence, etc.) shall include a certification that the moving party has conferred with opposing counsel and state opposing counsel's position on the relief sought, or an explanation as to why conferring should not be required under the circumstances. If a hearing on a motion is requested, counsel should estimate the length of such hearing.

Due to the failure of Defendant to comply with LCrR 47.1(B) the Motion to Modify Bond Conditions (#140) will be denied.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Modify Bond Conditions (#140) is **DENIED** for failure of Defendant to comply with LCrR 47.1(B).

Signed: December 1, 2014

Dennis L. Howell
United States Magistrate Judge